■ In the Matter of DEREK WILLIAMS, Petitioner, v SUSAN CONNELL, Superintendent, Oneida Correctional Facility, et al., Respondents. [896 NYS2d 276]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Anthony F. Shaheen, J.], entered September 23, 2009) to review a determination of respondent Susan Connell, Superintendent, Oneida Correctional Facility. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH STANTON, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered March 27, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE J. JONES, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered December 14, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.